UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 14-6523-DMG (JPRx)** | Date | March 4, 2016 |
| Title | *Onyekachi Ibekwe v. Los Angeles World Airports* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

The Court issues this Order to Show Cause ("OSC") why further sanctions should not be imposed upon Plaintiff's counsel's for his failure to comply with the Court's Orders, dated January 8, 2016 and February 23, 2016 [Doc. ## 89, 122]. Plaintiff's counsel shall file his written response to this OSC by March 11, 2016. The filing of proof of payment shall be deemed a satisfactory response.

The parties shall file a joint status report by no later than March 11, 2016 detailing what efforts they have undertaken to schedule a settlement conference before Hon. Jay Gandhi, United States Magistrate Judge.

IT IS SO ORDERED.