FILED
CLERK, U.S. DISTRICT COURT

May 27, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KT___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONYEKACHI IBEKWE,<br>　　　　　　Plaintiff,<br>　　v.<br>JOSEPH WHITE,<br>　　　　　　Defendant. | Case No. CV 14-6523-DMG (JPRx)<br><br>**VERDICT FORM**<br><br>**REDACTED AS TO THE FOREPERSON'S NAME** |

We, the jury, in the above-entitled action unanimously find as follows:

**SECTION 1983 CLAIM**

**Question No. 1:** Did Plaintiff Onyekachi Ibekwe prove that Defendant Joseph White caused Plaintiff Ibekwe to be seized with excessive force? (check one)

_____ Yes          \_\_\_\_X\_\_\_\_ No

If you answered "Yes" in response to Question No. 1, answer Question No. 2. If you answered "No" in response to Question No. 1, skip the remainder of the questions and have the Presiding Juror date and sign the verdict form.

**Question No. 2:** Did Plaintiff Ibekwe prove that he suffered damages as a result? (check one)

_____ No, and we award nominal damages in the sum of One Dollar.

_____ Yes, and find Plaintiff Ibekwe's damages to be as follows:

Past Economic Loss

| | |
|---|---|
| Medical Expenses | $_____ |
| Lost Earnings | $_____ |

Future Economic Loss

| | |
|---|---|
| Future Medical Expenses | $_____ |
| Future Lost Earnings | $_____ |

Non-Economic Loss

| | |
|---|---|
| Past and Future Pain and Mental Suffering | $_____ |
| TOTAL DAMAGES | $_____ |

1    **Question No. 3:**  Did Plaintiff Ibekwe prove that Defendant White acted with
2    malice, oppression or in reckless disregard of Plaintiff's right to be free from an
3    unreasonable seizure?  (check one)
4    _____ Yes                              _____ No
5
6    If you answered "Yes" in response to Question No. 3, skip Question No. 4 and
7    have the Presiding Juror date and sign the verdict form.  If you answered "No" in
8    response to Question No. 3, answer Question No. 4.
9
10   **QUALIFIED IMMUNITY**
11   **Question No. 4:**  Did Defendant White prove that at the time excessive force was
12   used to seize Plaintiff Ibekwe, it was reasonable for Defendant White to believe that
13   force would not be used in arresting Plaintiff Ibekwe?  (check one)
14   _____ Yes                              _____ No
15
16
17
18   Dated: 5-27-16