JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONYEKACHI IBEKWE,<br><br>                                         PLAINTIFF(S)<br>     v.<br><br>LOS ANGELES WORLD AIRPORTS, et al.,<br><br>                                         DEFENDANT(S). | CASE NUMBER<br><br>CV 14-6523-DMG (JPRx)<br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Joseph White and Plaintiff Onyekachi Ibekwe takes nothing.

                                         Clerk, U. S. District Court

Dated: May 27, 2016                                        By    Kane Tien
                                                                Deputy Clerk